■ MARGARET BARISH v. DAVID B. CARMEL.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before May 17, 1962, with notice of argument for May 29, 1962, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. WALTER JONES. (B) THE PEOPLE OF THE STATE OF NEW YORK v. AUGUSTINE RODRIQUEZ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. ALFONSO CEPEDA and FRANCISCO RONDON. (D) THE PEOPLE OF THE STATE OF NEW YORK v. OLIVER SMITH. (E) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM COLEMAN.— [In each action] Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.

■ MARIO R. CACCHIONE v. WESTCHESTER COUNTRY CLUB et al.— Motion for an enlargement of time granted only insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including May 31, 1962, with notice of argument for the June 1962 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before 'June 11, 1962. That branch of the motion seeking to dispense with the printing in the record on appeal of the exhibits is granted on condition that the originals thereof are filed with this court on or before June 6, 1962. If the appellant fails to comply with the conditions imposed, the respondent may enter an order dismissing the appeal without notice to the appellant. The order of this court entered on April 24, 1962 is modified accordingly. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ JOHN N. ARMSTRONG et al. v. JOHN C. DOYLE et al.— Motion for an enlargement of time granted on condition that appellants Milton Berman and Larry Silberberg file a notice of argument for the June 1962 Term of this court on or before May 10, 1962. The appeal taken by appellants Sydelle Glass and Sophie Cruso is severed unless they serve and file their appellants' points on or before May 10, 1962. Respondents' points are to be served and filed on or before May 25, 1962. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.